IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY PACEWICZ,** | **CIVIL NO. 1:12-CV-0706** |
| Plaintiff | |
| | **(Judge Rambo)** |
| v. | |
| | **(Magistrate Judge Carlson)** |
| **CAPTAIN JAMES PUGH,** *et al.,* | |
| Defendants | |

## O R D E R

Before the court is a May 25, 2012 report of the magistrate judge (doc. 9) in which he recommends that the captioned action be dismissed with prejudice. Objections to the report and recommendation were due no later than June 11, 2012 and, to date, no objections have been filed.

Upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (doc. 9).

2) The captioned action is **DISMISSED WITH PREJUDICE**.

3) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

4) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: June 18, 2012.